UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY JOHN FOX,

                Plaintiff,

    -v-

BROOK HOSPITALITY LLC,

                Defendant.
------------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

16-cv-09583 (KBF)

       **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41, Fed.R.Civ.P., by and between the undersigned that the case is dismissed with prejudice;

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and electronic or facsimile signatures shall have the same force and effect as originals.

Dated: New York, New York
         September __, 2017

TODD W. SHULBY, P.A.

By: Todd W. Shulby, Esq.
Attorneys for Plaintiff
1792 Bell Tower Lane
Weston, Florida 33326
(954) 530-2236

PHILLIPS NIZER LLP

By: Regina E. Faul, Esq.
Attorneys for Defendant
666 Fifth Avenue
New York, New York 10103
(212) 977-9700

So ordered.
KB.  
USDJ
10/12/17